AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>MOHAMMED KHADEER and<br>AMANPREET SINGH<br><br>**Defendant(s).** | ) | Case No. 8:26-PO-96 (MJK) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 9, 2026 in the county of Clinton in the Northern District of New York the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Entry Without Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

10/13/2026

*Complainant's signature*

Amanda L. Harvey, Border Patrol Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:33:40 -04'00'

*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz

*U.S. Magistrate Judge*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Amanda L. Harvey, hereby depose and state under penalty of perjury:

1. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Burke Station. I have been a BPA for 15 years and have been assigned to the Swanton Sector since March 2024. I successfully completed training at the United States Border Patrol Academy in 2011, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

2. I submit this affidavit in support of a criminal complaint charging Mohammed KHADEER and Amanpreet SINGH with violating 8 U.S.C. § 1325(a)(1), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from entering or attempting to enter the United States "at any time and place other than as designated by immigration officers."

**Probable Cause**

3. On October 9, 2026, at approximately 1:15 p.m., Swanton Sector Dispatch notified Burke Border Patrol Agents of a concerned citizen report received from a Canadian property owner. The reporting party observed two individuals walking southbound near the United States–Canada international boundary, north of the Frontier Road/O'Neil Road area, located on the United States side of the international border. Burke Border Patrol Agents responded to the area and initiated a search for the individuals.

4. At approximately 2:51 p.m., Burke Border Patrol Agents then received notification of an electronic surveillance equipment activation of a sedan entering the area near Churubusco, New York, in the vicinity of Frontier Road and O'Neil Road. The driver of the sedan voluntarily approached Border Patrol Agents, who were in the area, and told agents that he was going to pick up two individuals and explained that a similar situation had occurred two weeks prior where he had picked up four individuals, and it resulted with Border Patrol apprehending the four subjects. Border Patrol Agents acknowledged this information and the driver then departed.

5. At approximately 2:57 p.m., the same sedan was then observed by Border Patrol Agents driving northbound on Whalen Road, away from the vicinity in which the two individuals would have been located once crossing southbound into the United States. Border Patrol Agents, who were still stationed in the area, subsequently observed the vehicle and conducted an immigration inspection following a vehicle stop at the intersection of Lost Nation Road and Frontier Road. Agents approached the vehicle and identified themselves as U.S. Border Patrol Agents. During the inspection, the driver once again identified himself as an Uber driver and claimed United States citizenship. The two rear-seat passengers, later identified as Mohammed KHADEER and Amanpreet SINGH, identified themselves as citizens and nationals of India and admitted to having no lawful immigration status in the United States. Both passengers further admitted to entering the United States illegally from Canada.

6. Subsequent records checks confirmed that the driver was a United States citizen. The driver was then released without further incident. The two Indian nationals were detained and transported to the Burke Border Patrol Station for further processing. Through their own admissions and subsequent immigration records checks, both individuals were identified as citizens and nationals of India. Records checks further revealed that neither individual possessed

valid immigration documentation authorizing lawful entry into, transit through, or presence in the United States. Neither individual claimed United States citizenship, and neither individual's parents were identified as citizens or nationals of the United States.

**Conclusion**

7. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with improper entry by an alien, in violation of 8 U.S.C. § 1325(a)(1).

10/13/2026

BPA Amanda L. Harvey
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:33:15 -04'00'

Honorable Mitchell J. Katz
*United States Magistrate Judge*